**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Husein Suleiman, | ) | Bankruptcy No. 10 B 36544 |
|            Debtor | ) | |
| _____ | ) | Judge Jack B. Schmetterer |
| | ) | |
| Eugene Crane, Trustee | ) | Chapter 7 |
|            Plaintiff | ) | |
|           v. | ) | Adv. No. 19 A 00005 |
| | ) | |
| Husein Suleiman and Teresa Suleiman, | ) | |
|            Defendants | ) | |
| | ) | |

To:    Penelope Bach: pnbach@bachoffices.com
         Jeffrey C. Dan: jdan@cranesimon.com

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **February 6, 2020,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Jack B. Schmetterer in Courtroom 744 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Relief from Agreed Order**, a copy of which is hereby served upon you. You may appear if you so choose.

                                    David P. Lloyd
                                    615B S. LaGrange Rd.
                                    LaGrange IL  60525
                                    708-937-1264
                                    Fax: 708-937-1265

## CERTIFICATE OF SERVICE

     I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:15 P.M., this 3rd day of February, 2020.

                                    _____/s/ David P. Lloyd_____
                                        David P. Lloyd

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Husein Suleiman, | ) | Bankruptcy No. 10 B 36544 |
|           Debtor | ) | |
| _____ | ) | Judge Jack B. Schmetterer |
| | ) | |
| Eugene Crane, Trustee | ) | Chapter 7 |
|           Plaintiff | ) | |
| v. | ) | Adv. No. 19 A 00005 |
| | ) | |
| Husein Suleiman and Teresa Suleiman, | ) | |
|          Defendants | ) | |
| | ) | |

### MOTION FOR RELIEF FROM AGREED ORDER

NOW COMES Husein Suleiman, by his Guardian, Naser Suleiman, by and through his attorney, David P. Lloyd, and moves this honorable Court to amend the Agreed Order entered January 7, 2020, as Docket No. 69, and in support thereof state as follows:

1. On January 7, 2020, the Court entered an Agreed Order Dismissing Adversary 19-A-00005 and Vacating a Portion of the Injunction Entered on January 25, 2019.

2. The Order provided for the dismissal of this adversary proceeding and for the vacating of the Injunction dated January 25, 2019, as Docket #12, to release certain bank accounts from the injunction.

3. The Order recited eight bank accounts and three certificates of deposit that had been frozen pursuant to the Injunction.

4. The Order provided that the Court retains jurisdiction over this matter regarding the injunction as to other accounts in which Husein Suleiman and/or Teresa Suleiman have an interest.

5. Although the Order was prepared by Defendant's counsel and agreed to by counsel for the Plaintiff and both Defendants, the Order contains an error that none of the counsel reviewing the

draft order observed. The Order, in Paragraph 2, contains duplicate references to a single account number, ending in -9406, and omits one of the account numbers of one of the accounts included in the original Injunction. Specifically, the duplicate account numbers are in Paragraph 2(b) and 2(d).

6. The correct list of account numbers is as follows:

   a. Chase Checking Account XXXXX9332
   b. Chase Checking Account XXXXX9406
   c. Chase Savings Account XXXXXX5328
   d. Chase Savings Account XXXXXX6235 (this is the account omitted in the Order)
   e. Parkway Bank and Trust CD Account XXXX9542
   f. Parkway Bank and Trust Checking Account XXXX519
   g. Citibank Checking Account XXXXX1222
   h. Citibank Savings Account XXXXX2543

7. The balance of the Order, referring to three certificates of deposit at Parkway Bank and Trust, was correct, and referred to account nos. XXXX9157-1, XXXX9157-2, and XXXX9157-3.

8. The Debtor and his spouse are unable to have their Chase Savings Account, account number ending in -6235, unfrozen without amendment of the Order.

9. The Order was entered by mistake and Defendant Husein Suleiman is entitled to relief from the Order in the form of amendment of the Order, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and Rule 9024 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE Husein Suleiman, by his Guardian, Naser Suleiman, prays that the Court's Agreed Order be amended to reflect the correct account numbers.

        Respectfully submitted,
        Husein Suleiman, by his Guardian, Naser Suleiman


        By:___/s/ David P. Lloyd_____
            One of his attorneys

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265